UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTES EXPRESS LINES, INC., ) | |
| ) | |
| *Plaintiff* ) | CIVIL ACTION |
| v. ) | NO. |
| ) | |
| HI SEAS INDUSTRIES, INC., ) | 03-30299-MAP |
| ) | |
| *Defendant* ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

The plaintiff, Estes Express Lines, Inc., states that it is a privately held company, and no publicly held company holds 10% or more of the plaintiff's stock.

ESTES EXPRESS LINES, INC.
By its attorney,

December 8, 2003

Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 851-2800

L:\12160\020\Pld\03