AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of __Massachusetts__

Estes Express Lines, Inc.

V.

Hi Seas Industries, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03 - 30299 - MAP

TO: (Name and address of Defendant)

Hi Seas Industries, Inc.
17 East Street
P.O. Box 1314
Stockbridge, MA  01262

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wesley S. Chused
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
Tel. (617) 951-2800

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          12/9/03

CLERK                                                  DATE

_M. Lindsey_

(By) DEPUTY CLERK

 Office of the Sheriff • 467 Cheshire Road • Pittsfield, MA 01201 • 413-443-6841

*Berkshire, ss.*

December 18, 2003

I hereby certify and return that on 12/16/2003 at 1:35 PM I served a true and attested copy of the Summons & Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Hi Seas Industries, Inc., at P.O. Box 1314 17 East Street, Stockbridge, MA 01262 and by mailing 1st class to the above address on 12/16/2003. Attestation ($10.00), Conveyance ($3.60), Copies ($1.00), L&U Mailing ($3.00), Service Fee ($20.00), Travel ($21.76) Total Charges $59.36

Deputy Sheriff, Carl M. Seiger

_____
Deputy Sheriff