UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Estes Express Lines, Inc.  Docket No. 03-30299-MAP
Plaintiff

v.

Hi Seas Industries, Inc.
Defendant

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Hi Seas Industries, Inc.

Dated: March 8, 2004

Raymond W. Zenkert, Jr.
BBO#539820
Deleo, Angell, Palmer and Zenkert
48 E. Silver St.
Westfield, MA 01085
(413) 562 4166
(413) 568 1601 FAX

## CERTIFICATE OF SERVICE

I certify that the above Notice of Appearance was served on the plaintiff by mailing a copy thereof, first class mail, postage prepaid, to counsel of record:   Wesley S. Chused
Looney & Grossman, LLP
101 Arch St.
Boston, MA 02110

A copy was also sent this date by facsimile.

March 8, 2004

Raymond W. Zenkert, Jr.