UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Estes Express Lines, Inc.
Plaintiff

Docket No. 03-30299-MAP

v.

Hi Seas Industries, Inc.
Defendant

## MOTION TO EXTEND TIME PERIOD TO FILE RESPONSIVE PLEADING (ASSENTED TO)

The Defendant requests that the time period within which to file a responsive pleading be extended to March 19, 2004. As reason therefore, Counsel states that he was recently retained and will require this time to become familiar with the case and to file an appropriate response.

Counsel for the plaintiff has been consulted about this request and has assented.

Dated: March 8, 2004

The Defendant, By Its Attorney

_____
Raymond W. Zenkert, Jr.
BBO#539820
Deleo, Angell, Palmer and Zenkert
48 E. Silver St.
Westfield, MA 01085
(413) 562 4166
(413) 568 1601 FAX

## CERTIFICATE OF SERVICE

I certify that the above Motion was served on the plaintiff by mailing a copy thereof, first class mail, postage prepaid, to counsel of record: Wesley S. Chused
Looney & Grossman, LLP
101 Arch St.
Boston, MA 02110

A copy was also sent this date by facsimile.

March 8, 2004

_____
Raymond W. Zenkert, Jr.