UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |  |
|---|---|---|---|
| ESTES EXPRESS LINES, INC., | ) | | |
| | ) | | |
| *Plaintiff* | ) | | CIVIL ACTION |
| v. | ) | | NO. 03-30299-MAP |
| | ) | | |
| HI SEAS INDUSTRIES, INC., | ) | | |
| | ) | | |
| *Defendant* | ) | | |
| | ) | | |

## JOINT STATEMENT

The plaintiff, Estes Express Lines, Inc. ("Estes"), and the defendant, Hi Seas Industries,

Inc. ("Hi Seas"), submit the following Joint Statement pursuant to this Court's Notice of

Scheduling Conference dated April 6, 2004, and agree as follows:

### Joint Discovery Plan

The parties propose the following discovery plan for the conduct of this litigation:

1.  Other parties may be joined and the pleadings may be amended in accordance
    with Rules 14 and 15 of the Federal Rules of Civil Procedure.

2.  Initial disclosures under Rule 26(a)(l), Fed. R. Civ. P. to be filed by May 30,
    2004.

3.  Non-expert witness and fact discovery, including all depositions, must be
    concluded by October 29, 2004.

4.  Expert witnesses must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) and
    expert's report(s) under Fed. R. Civ. P. 26(a)(2)(B) must be served by December
    31, 2004.

4.  Expert witness depositions pursuant to Fed. R. Civ. P. 26(a)(2) must be taken by

January 31, 2005.

II.     **Proposed Schedule for Filing of Motions.**

1.      Parties may file motions to compel and seek other orders of the court as the need arises, subject to the provisions of this Court's Local Rules.

2.      Dispositive motions must be filed no later than March 31, 2005.

3.      The Court shall determine dates for a final pre-trial conference and for trial after the completion of discovery and determination of any dispositive motions filed by the parties.

4.      Pursuant to Rule 26(f), the parties recommend no change "in the timing, form, or requirement for disclosures under subdivision (a) or local rule."

III.    **Certifications Under Local Rule 16.1(D)(3).**

Certifications required under Local Rule 16.1 (D)(3) are attached hereto or will be submitted separately by each party by the time of the scheduling conference.

The parties consent to submit this case to a magistrate judge.


                                                Respectfully submitted

HI SEAS INDUSTRIES, INC.                        ESTES EXPRESS LINES, INC.

By its attorney,                                By its attorney,


"/s/ _____"                       "/s/ _____"
Raymond W. Zenkert, Jr. (BBO #539829)           Wesley S. Chused (BBO #083520)
DELEO, ANGELL, PALMER and                       LOONEY & GROSSMAN LLP
ZENKERT                                         101 Arch Street
48 E. Silver Street                             Boston, MA 02110
Westfield, MA 01085                             (617) 951-2800
(413) 562-4166


April 14, 2004                                  April 14, 2004