UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTES EXPRESS LINES, INC., ) | |
| ) | |
| *Plaintiff* ) | CIVIL ACTION |
| v. ) | NO. 03-30299-MAP |
| ) | |
| HI SEAS INDUSTRIES, INC., ) | |
| ) | |
| *Defendant* ) | |

**PLAINTIFF'S CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

The plaintiff, Estes Express Lines, Inc. ("Estes"), and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

Plaintiff Estes and its counsel have conferred:

(a)   with a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ESTES EXPRESS LINES, INC.

April 16, 2004

By:   /s/   David S. Jones
David S. Jones, Project Manager

/s/   Wesley S. Chused
April 21, 2004
Wesley S. Chused (BBO# 083520)
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
617-951-2800
617-951-2819

L:\12160\020\Pld\06.doc