UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTES EXPRESS LINES, INC., )<br>           Plaintiff )<br>)<br>)<br>v.     )<br>)<br>)<br>HI SEAS INDUSTRIES, )<br>           Defendant )  | Civil Action No. 03-30299-KPN |

SCHEDULING ORDER
May 13, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosure by June 1, 2004.

2. All non-expert discovery, including depositions, shall be completed by October 29, 2004.

3. Counsel shall appear for a case management conference on November 3, 2004, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                           /s/ KENNETH P. NEIMAN
                           Kenneth P. Neiman
                           U.S. Magistrate Judge