UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSCHUSETTS

ESTES EXPRESS LINES, INC.
Plaintiff

vs.

CIVIL ACTION
NO. 03-30299 KPN

HI SEAS INDUSTRIES, INC.,
Defendant

## JOINT MOTION TO CONTINUE
## CASE MANAGEMENT CONFERENCE

The parties request that the Case Management Conference now scheduled for November 9, 2004 at 11:00 a.m. be continued until December 6, 2004. As reasons therefore, counsel for both parties believe that a settlement has been reached. However, John Kaiser, president, director and sole shareholder of the defendant corporation has been in Austria due to the unexpected death of his mother in law and counsel for the defendant has been unable to communicate with him to obtain final approval of the settlement. Counsel for defendant believes that Mr. Kaiser will return to the United States within two weeks and expects that all aspects of the settlement will be completed before December 6.

Dated: November 8, 2004

| ESTES EXPRESS LINES, INC. | HI SEAS INDUSTRIES, INC. |
| BY ITS ATTORNEY | BY ITS ATTORNEY |

_____
WESLEY S. CHUSED
BBO#083520
LOONEY & GROSSMAN LLP
101 ARCH STREET
BOSTON, MA 02110
(617) 951 2800

_____
RAYMOND W. ZENKERT, JR.
BBO#539820
DELEO, ANGELL, PALMER, ZENKERT
48 E. SILVER ST.
WESTFIELD, MA 01085
(413) 562 4166