UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ESTES EXPRESS LINES, INC.,<br>    Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No. 03-30299-KPN |
| HI SEAS INDUSTRIES, INC.,<br>    Defendant | )<br>)<br>) | |

SETTLEMENT ORDER OF DISMISSAL
December 8, 2004

  The court, having been advised on December 3, 2004 , that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                By the Court,

                /s/ Bethaney A. Healy
                Bethaney A. Healy
                Deputy Clerk