UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ESTES EXPRESS LINES, INC., ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION |
| v. ) | NO. 03-30299-KPN |
| ) | |
| HI SEAS INDUSTRIES, INC., ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff Estes Express Lines, Inc., and the defendant, Hi Seas Industries, Inc., hereby stipulate and agree that all the claims of all parties in this action be and hereby are dismissed with prejudice, each party to bear its own attorneys' fees and costs, and each party waiving all rights to appeal.

|  | Respectfully submitted |
|---|---|
| HI SEAS INDUSTRIES, INC. | ESTES EXPRESS LINES, INC. |
| By its attorney, | By its attorney, |
| _____ | _____ |
| Raymond W. Zenkert, Jr. (BBO #539829) | Wesley S. Chused (BBO #083520) |
| DELEO, ANGELL, PALMER and ZENKERT | LOONEY & GROSSMAN LLP |
| 48 E. Silver Street | 101 Arch Street |
| Westfield, MA 01085 | Boston, MA 02110 |
| (413) 562-4166 | (617) 951-2800 |
| February 2, 2005 | February 1, 2005 |

L:\12160\020\Pld\08.doc